**The People of the State of Illinois, defendant in error, v. Louis Heistinger, plaintiff in error. Gen. No. 30,303.**

Prosecution for operating motor vehicle while intoxicated. Sentence on plea of guilty. Error to the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Affirmed. Opinion filed February 2, 1926.

Jay J. McCarthy, for plaintiff in error. Robert E. Crowe, State's Attorney, for defendant in error; Henry T. Chace, Jr., Edward E. Wilson and Clarence E. Nelson, Assistant State's Attorneys, of counsel.

Mr. Justice Fitch delivered the opinion of the court.

---

**The People of the State of Illinois, defendant in error, v. Joseph C. Wolon, plaintiff in error. Gen. No. 30,344.**

Prosecution for conspiracy. Conviction and sentence. Error to the Criminal Court of Cook county; the Hon. Wm. N. Gemmill, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Affirmed. Opinion filed February 2, 1926. Rehearing denied February 17, 1926.

Joseph C. Wolon, *pro se.* Robert E. Crowe, State's Attorney, for defendant in error; Henry T. Chace, Jr., Edward E. Wilson and Clarence E. Nelson, Assistant State's Attorneys, of counsel.

Mr. Justice Fitch delivered the opinion of the court.

---

**International Accountants Society, appellant, v. John A. Schuler, appellee. Gen. No. 30,366.**

Action upon note. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Asa G. Adams, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Affirmed. Opinion filed February 2, 1926.

Kasper & Pakulaz, for appellant. No appearance for appellee.

Mr. Justice Fitch delivered the opinion of the court.

---

**The People of the State of Illinois ex rel. Max U. Masor, appellee, v. City of Chicago et al., appellants. Gen. No. 30,347.**

Petition for mandamus to restore revoked license. Writ issued. Appeal from the Superior Court of Cook county; the Hon. Harry W. McEwen, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Reversed and remanded with directions. Opinion filed February 2, 1926.

Francis X. Busch, Corporation Counsel, for appellants; Roy S. Gaskill, W. Arnold Amberg and Michael L. Rosinia, Assistant Corporation Counsel, of counsel. Brown & Alschuler, for appellee.

Mr. Justice Gridley delivered the opinion of the court.